United States District Court
Southern District of Texas
FILED

APR 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A.<br>Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-027 |
| WILLIE B., INC., ENRIQUETA BARRERA and the F/V WILLIE B., her engines, nets, tackle, apparel, and furniture, etc., *in rem*,<br>Defendants | § § § § § § | IN ADMIRALTY |

## MOTION FOR WARRANT OF MARITIME ARREST-F/V WILLIE B AND FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES **NC TWO, LP**, Plaintiff herein and files this its Motion for Warrant of Maritime Arrest against the fishing trawler WILLIE B, and Appointment of Substitute Custodian and would request as follows:

1. Plaintiff states that an action *in rem* exists, the action being one of foreclosure and enforcement of maritime lien in accordance with 46 USC §31301 *et seq.*, and requests the Court, after consideration of the Plaintiff's Complaint, supporting affidavit and exhibits attached thereto on file in the above civil action and this Motion, for an Order, directing the United States District Clerk to issue a Warrant of Maritime Arrest pursuant to Rule C of the Federal Rules of Civil Procedure against the fishing trawler WILLIE B that the Court grant this motion and issue its orders accordingly.

2. Plaintiff requests the appointment of a substitute custodian in place of the U.S. Marshal in order to reduce the costs of seizure.

3. Defendant vessel, WILLIE B, is currently at the docks of MARINE SALVAGE & SERVICES, INC., Port Isabel, Texas.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1. this Court grant this Motion;

2. the United States District Clerk for the Southern District of Texas, Brownsville Division, be ordered to issue a Warrant of Maritime Arrest against the fishing trawler WILLIE B, directing the United States Marshal to arrest the Defendant vessel on behalf of the Plaintiff;

3. a copy of this order be attached to and served with the said Warrant of Maritime Arrest;

4. MARINE SALVAGE & SERVICES, INC. of Port Isabel, Texas be appointed Substitute Custodian and caretaker of the Defendant vessel, WILLIE B, which custodian shall, during the pendency of this suit maintain the integrity of the said vessel, her hull, machinery, winches and equipment, preserving at all times the continuing jurisdiction of this Honorable Court; however, the Substitute Custodian shall be allowed to move the vessel, if needed, but not outside of the jurisdiction;

5. the U. S. Marshal for the Southern District of Texas be instructed to release the Defendant vessel, WILLIE B, unto MARINE SALVAGE & SERVICES, INC.

6. in addition to notice by publication, notice of these proceedings be given to the owner, WILLIE B., INC., c/o Enriqueta Barrera, 1213 Hwy 100, Laguna Heights, Texas 78578 and such notification is to be made by Plaintiff or its counsel, through the United States Marshal;

7.  the Defendant vessel WILLIE B be released from arrest without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the undersigned attorney, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED at Brownsville, Texas on this 23rd day of April, 2004.

Respectfully Submitted,

T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was delivered to all counsel and parties of record in the manner designated below on the 23rd day of April, 2004.

**via certified mail, return receipt requested #7003 0500 0003 2609 9604**

Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78520
Attorney for CoDefendant, Enriqueta Barrera

T. Mark Blakemore