# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NC TWO, LP | B-03-27 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Willie B., Inc. | Warrant of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V Willie B, her engines, nets, tackle, apparel, & furniture etc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1213 Hwy 100, Laguna Heights, Texas 78578

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street 6th Floor
Brownsville, TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Coordinate arrest with Marine Salvage & Services, Inc. (William E. "Billy" Kenon), telephone 943-2648, the appointed Substitute Custodian.

Serve WILLIE B, INC. or person in charge of F/V WILLIE B at its offices at Laguna Heights, Texas.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (956) 541-5900   DATE: 4/30/2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5-6-04   Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Jason Gullingim

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

2 Deputies 2 hrs 45 miles Round trip. Unable to serve Vessel Abandoned for over 2 yrs. Vessel turned over to Billy Kenon

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)