IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-027 |
| | § | |
| WILLIE B., INC., ENRIQUETA | § | |
| H. BARRERA and the F/V WILLIE B | § | |
| her engines, nets, tackle, apparel, | § | IN ADMIRALTY |
| and furniture, etc., *in rem*, | § | |
|    Defendants | § | |

## AGREED DEFAULT JUDGMENT

On this day, the Court considered Plaintiff **NC TWO, LP** successor in interest to **WELLS FARGO BANK TEXAS, N.A.** and **WILLIE B., INC.** *in personam* and the **F/V WILLIE B**, her engines, nets, tackle, apparel, and furniture, etc., *in rem*'s Agreed Default Judgment. After considering the Court's file and the parties request for entry of an Agreed Default Judgment, the Court

**FINDS** that Plaintiff, **NC TWO, LP** successor in interest to WELLS FARGO BANK TEXAS, N.A., has a claim against Defendants **WILLIE B., INC.** *in personam* and the **F/V WILLIE B**, her engines, nets, tackle, apparel, and furniture, etc., *in rem* under the December 5, 1996 promissory note and its modification and renewal dated April 11, 2000, secured by a first preferred ship's mortgage, attorney's fees and expenses for collection of the debt as provided in said mortgage and note; and

**RENDERS** judgment, against Defendants, **WILLIE B., INC.** *in personam* and the **F/V WILLIE B**, her engines, nets, tackle, apparel, and furniture, etc., *in rem*, and it is therefore:

**ORDERED AND ADJUDGED** that Plaintiff's claim is hereby established as a maritime lien against the Defendant Vessel, **F/V WILLIE B**.

**ORDERED AND ADJUDGED** that Plaintiff, **NC TWO, LP** successor in interest to WELLS FARGO BANK TEXAS, N.A. recover of and from Defendants, **WILLIE B., INC.**, *in personam*, and Defendant Vessel **F/V WILLIE B**, *in rem*, the sum of $43,133.07 plus accrued interest in the amount of $14,780.37 through June 23, 2004 and such interest as may accrue thereafter until the date of this judgment at the rate of 18% [$21.95359 per day] until paid.

**ORDERED AND ADJUDGED** that Plaintiff, **NC TWO, LP** successor in interest to WELLS FARGO BANK TEXAS, N.A. recover of and from Defendants, Defendants, **WILLIE B., INC.**, *in personam*, and Defendant Vessel **F/V WILLIE B**, *in rem*, attorney's fees in the amount of $8,803.13 and expenses in the amount of $5.78.

**ORDERED AND ADJUDGED** that Plaintiff, **NC TWO, LP** successor in interest to WELLS FARGO BANK TEXAS, N.A., recover of and from Defendants, Defendants, **WILLIE B., INC.**, *in personam*, and Defendant Vessel **F/V WILLIE B**, *in rem*, costs of court.

**ORDERED AND ADJUDGED** that Plaintiff recover post judgment interest of 18% per annum on the judgment amount until fully satisfied.

**ORDERED AND ADJUDGED** that execution on this judgment issue.

**ORDERED AND ADJUDGED** that the **F/V WILLIE B**, her engine, tackle, apparel, *etc.*, and all other necessaries belonging and appertaining thereto, currently under arrest within the jurisdiction of this Court, are hereby condemned

and are to be sold in execution by the United States Marshal, and the proceeds, after payment of the Marshal's fee and expenses, be paid to Plaintiff toward satisfaction of the judgment, and the amount in excess of the judgment, if any, be paid to Defendant, **WILLIE B., INC.**

**ORDERED AND ADJUDGED** that the funds on deposit with the U. S. Marshal be returned to Plaintiff **NC TWO, LP** successor in interest to **WELLS FARGO BANK TEXAS, N.A.**, in the sum of $5,000.00 less costs paid or owed to the U. S. Marshal, if any.

SIGNED on _____, 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By:_____
T. Mark Blakemore
Federal ID No. 1915 • State Bar No. 02431800

Attorneys for **NC TWO, LP**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-phone • (956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

**WILLIE B., INC.**

By:_____
ENRIQUETA BARRERA, President