IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahuma

| | | |
|---|---|---|
| **WELLS FARGO BANK TEXAS, N.A.,** | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. B-03-027 |
| **WILLIE B. INC., ENRIQUETA H. BARRERA,** and the **F/V WILLIE B** her engines, nets, tackle, apparel, and furniture, etc., *in rem*, Defendants. | § § § § § § § | IN ADMIRALTY |

## ORDER

BE IT REMEMBERED that on August, 24th, 2004, the Court **GRANTED** Plaintiff's motion to confirm sale of F/V Willie B [Dkt. No. 15].

The defendant vessel **F/V WILLIE B** having been sold by the Marshal to **NC TWO, LP**, successor-in-interest to Wells Fargo Bank Texas, NA, upon its bid of TWELVE THOUSAND DOLLARS ($12,000.00), and it being shown to this Court that the sale was made in conformity with the Agreed Default Judgment of July 21, 2004 [Dkt. No. 13], and with the rules of this Court, and that **NC TWO, LP** was not required to deposit funds as the amount of its bid will be credited against the judgment, less the United States Marshal's commission on the sale, and expenses of sale, pending confirmation of sale, it is now **ORDERED**:

1) That the sale of the defendant vessel **F/V WILLIE B**, Official No. 513097, to **NC TWO, LP** upon its bid of TWELVE THOUSAND DOLLARS ($12,000.00) be and the same is hereby **CONFIRMED**;

2) That the Marshal release and deliver the defendant vessel, **F/V WILLIE B** to **NC TWO, LP**;

3) That the Clerk deliver a certified copy of this Order and Bill of Costs to the U.S. Marshal within three (3) business days after the entry of this Order;

4) That the Marshal execute and deliver a Bill of Sale for **F/V WILLIE B** free and clear of all liens and encumbrances to **NC TWO, LP** within five (5) business days after the entry of this Order; AND

5) That the Marshal otherwise follow the orders set forth in this Court's Agreed Default Judgment of July 21, 2004 [Dkt. No. 13].

DONE at Brownsville, Texas, this 24th day of August, 2004.

_____
Hilda G. Tagle
United States District Judge

2